UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUES HOLDINGS LLC, a California Limited Liability Company; HEALTH & TASTE INVESTMENTS GROUP, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 4:16-CV-00806-KAW<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/20/16

　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　HONORABLE KANDIS A. WESTMORE
　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE

1